NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EUGENIO ROMERO-CONCEPCION,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D17-3273
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
     )

Opinion filed November 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; J. Rogers Padgett,
Sr., Judge.

Andrew G. Spicola, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.